United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEVEN MILLARD, et. al., | CASE NO. 5:11-cv-06727 EJD |
|---|---|
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| PARKVALE SAVINGS BANK, et. al., | |
| Defendant(s). | |

On February 28, 2012, the court denied Plaintiffs' application to proceed in forma pauperis and ordered Plaintiffs to pay the filing fee for commencing this action no later than March 29, 2012. See Docket Item No. 7. The Court admonished Plaintiff that the Court would dismiss this action should they fail to pay the filing fee.

As of this date, Plaintiffs have not complied with court's order as directed, and it appears Plaintiffs have failed to provide the court with an updated mailing address or other contact information. See Docket Item Nos. 8, 9, 10. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 30, 2012

EDWARD J. DAVILA
United States District Judge